# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| R.F. MACDONALD CO., LLC<br><br>Plaintiff,<br><br>vs.<br><br>LULU RIGSBY,<br><br>Defendant. | Case No.: 8:26-cv-01267-MRA-(DFMx)<br><br>**ORDER FOR CONSENT JUDGMENT**<br><br>Complaint Filed: May 20, 2026 |

## CONSENT JUDGMENT ORDER

The Court, having reviewed the parties' Stipulation, and good cause appearing therefore, GRANTS the requested Consent Judgment as follows:

**IT IS ORDERED** that Defendant shall turn over RFM Trade Secret Documents and any and all of the Plaintiff's Confidential Information and Trade Secrets that are contained in or on any of her personal email accounts, devices, iCloud account(s) including lulu.rigsby@icloud.com and any other cloud storage account(s) by providing access to such accounts and devices to an expert retained by the parties, SETEC Investigations, who is authorized to conduct the following activities and delete, permanently purge, and render unrecoverable the documents and files containing Confidential Information and/or Trade Secrets:

1. Deleted File Analysis: Analyze documents and other files that were deleted during the relevant time period so that the date and time they were deleted, along with their metadata depicting the date the files were created, last accessed, last modified, their folder path, and other attributes, are assembled into Excel spreadsheets;

2. Anti-Forensic Evaluation: Search for and evaluate if any anti-forensics evidence elimination techniques were employed to thwart the recovery of

ORDER FOR CONSENT JUDGMENT

**Error! Unknown document property name.**

deleted documents, email messages, and other files;

3. File Activity Analysis: Analyze active and deleted files to ascertain how and when they were accessed and otherwise interacted with, such as to transfer them to external storage devices or upload them to a cloud-based repository, as well as logs surrounding how and when the servers themselves were accessed.

4. USB Device History Reconstruction: Reconstruct USB device information through the creation of an inventory of all USB flash drives and external hard drives that were attached to the servers, along with dates such devices were attached and their serial numbers;

5. Webmail & IM Chat Log Recovery: Recover and assemble for review web-based email messages and Instant Messaging chat logs sent, received, and/or read from the computers in question that are still intact and not fragmented;

6. Internet Activity Reconstruction: Reconstruct the date, time, and URL of websites visited, which are presented as Excel spreadsheets for review; and

7. Perform Keyword Searches: Perform keyword searches of active files, intact deleted files, and deleted fragments of email messages, documents, and other files.

The foregoing steps are referred to as the "Forensic Expert Services."

**IT IS FURTHER ORDERED** that Defendant shall return to RFM's counsel hard copies of the RFM Trade Secret Documents and any and all of RFM's Confidential Information and/or Trade Secrets in her possession, including any item listed in the Temporary Restraining Order or the exhibits to the Declarations of Saffrea Henderson or James Menache, and any notes or derivative materials Defendants generated based on such materials.

**IT IS FURTHER ORDERED** that, since Defendant has had access to Trade Secret and Confidential Information, and is in possession of RFM Trade Secret Documents which MacDonald information is projected to retain its relevance and

- 2 -

**Error! Unknown document property name.**

competitive advantage for at least one year, Defendants shall not participate in, pursue, bid, or otherwise request or accept an award of a contract to perform work on any projects for any Customer on the Agreed Customer List, including if the "Topic" (as described on the Agreed Customer List) or scope of the project may vary or differ from the anticipated scope or Topic currently identified. "Participate" includes, without limitation, as a direct or indirect consultant, contractor or vendor to any Customer; or as a consultant, contractor or employee of any consultant contractor or vendor that contracts with such Customer. Any Customer who contacts any Defendant to bid on such project, shall be immediately informed by Defendant that Defendant is contractually precluded from performing the work or bidding on the project.

**IT IS FURTHER ORDERED** that, to the extent that Defendant Rigsby has knowledge of Plaintiffs' Trade Secrets and/or Confidential Information (notwithstanding return/destruction of documents), Defendant Rigsby shall not directly or indirectly use or disclose such information.

**IT IS FURTHER ORDERED** that Rigsby shall notify any new or other employer or principal of the existence of but not the contents of the Agreed Customer List for one (1) year, and to immediately notify Plaintiff's counsel in writing if she becomes hired or engaged by another competitor of Plaintiff, so that Plaintiff's counsel can, in turn, confirm that his/her new or other employer or principal understands the foregoing limitations and obligations.

**IT IS FURTHER ORDERED** that, if Rigsby is asked by any subsequent or other employer or principal to participate in any way to obtain for that employer or principal a project for a Customer on the Agreed Customer List, Rigsby shall advise the employer or principal that she is prohibited from directly or indirectly participating in any manner in the marketing, solicitation, project development, equipment/parts sales, project design/engineering, or communications with the Customer (including being listed as a cc, participating on calls, participating in lunches or client visits, participating in preparation of request for proposal (RFP) responses, quotes, or

- 3 -
ORDER FOR CONSENT JUDGMENT

**Error! Unknown document property name.**

assistance with any "pitch" materials or being listed on such materials, or providing any information about the Customer that she obtained during her employment with RFM) pursuant to the Agreement, but Rigsby shall not disclose the remaining contents of the Agreed Customer List.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this action for purposes of implementing, enforcing and adjudicating any other dispute arising out of, or in connection with, the parties' Settlement Agreement or this Judgment and Order.

**IT IS FURTHER ORDERED** that this is a final judgment that resolves all outstanding claims between the parties; provided, however, that if Plaintiff later discovers that Defendant Rigsby has violated or in the future violates the terms of the Settlement Agreement or Consent Judgment, then, in addition to such other remedies as may be available to Plaintiff under the law or as set forth in the Settlement Agreement, Plaintiff shall also be entitled to recover from Defendant, the cost of the Forensic Expert Services and deposition costs enumerated above.

**IT IS SO ORDERED.** The Clerk is hereby directed to enter Judgment, pursuant to Rule 58(b)(2) of the Federal Rules of Civil Procedure.

Dated: June 16, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT**

Dated: June 9, 2026

Lulu Rigsby

Dated: June 9, 2026

/s/ *Shauna N. Correia*
Shauna N. Correia, Esq., attorney for R. F. MacDonald Co., LLC

- 4 -
ORDER FOR CONSENT JUDGMENT

Error! Unknown document property name.